Motion Granted; Appeal Dismissed and Memorandum
Opinion filed September 13, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00518-CV

____________

 

GARDEN OAKS INVESTOR GROUP, LLC, Appellant

 

V.

 

ASAFI LAW FIRM AS NEXT FRIEND OF ANTHONY MAJANO,
Appellee

 



 

On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 2010-29215

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 25, 2011.  On August 31, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce, and McCally.